**NEALE & FHIMA APC**
Aaron D. Fhima, Esq. (SBN 296408)
Gabrielle M. Diamse, Esq. (SBN 331321)
9846 Research Drive
Irvine, CA 92618
Telephone: (949) 661-1007
Facsimile: (949) 661-3619
E-service: gabriellediamse@nealefhima.com
　　　　　　cindieianni@nealefhima.com

Attorneys for Plaintiff,
*LORI BUNSELMEIER*

# UNTIED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BUNSELMEIER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOR MOTOR COACH, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:24-cv-02370-DJC-DMC (Removed from Yolo County Superior Court Case No. CV2024-1938)<br><br>**ORDER REMANDING THE CASE TO STATE COURT**<br><br>Complaint Filed: 07/31/24<br>Removal Filed: 08/30/24<br>Trial Date: Not Yet Set |

On September 26, 2024, the parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

///

///

///

///

1. The Parties' stipulation is approved;

2. Eastern District of California case number 2:24-cv-02370-DJC-DMC styled LORI BUNSELMEIER v. THOR MOTOR COACH, INC., et al. is hereby remanded to Yolo County Superior Court.

3. The Clerk of Court shall serve a copy of this order on Yolo County Superior Court.

IT IS SO ORDERED.

Dated: October 1, 2024　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE